UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAVELL BONE, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:19-0112 |
| v. | : | (JUDGE MANNION) |
| WARDEN EBBERT, et al., | : | |
| Defendants | : | |

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. 29) is **GRANTED**.

2. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Defendants and against Plaintiff on all claims.

3. Plaintiff's motion for reconsideration of this Court's September 30, 2021 Order deeming his January 26, 2021 motion for contempt withdrawn for failure to timely file a supporting brief (Doc. 107) is **DENIED**.

4. Plaintiff's motion for enlargement of time within which to file a brief in support of his motion for contempt (Doc. 108) is **DISMISSED** as moot.

5. The Clerk of Court is directed to **CLOSE** this case.

6. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: March 29, 2022
19-0112-01-ORDER